IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CRYSTAL BENNETT, | § | |
| Petitioner, | § | |
| v. | § | NO. 4:23-CV-971-O |
| WARDEN, FMC CARSWELL, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Crystal Bennett is **DISMISSED** for want of prosecution.

**SO ORDERED** this **1st day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1